No. ——. ENGELMAN, DIRECTOR, DIVISION OF PUBLIC WELFARE, DEPARTMENT OF INSTITUTIONS AND AGENCIES OF NEW JERSEY, ET AL. *v.* AMOS ET AL. D. C. N. J. Application for stay presented to MR. JUSTICE BRENNAN, and by him referred to the Court, granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 43, Orig. OREGON *v.* MITCHELL, ATTORNEY GENERAL;
No. 44, Orig. TEXAS *v.* MITCHELL, ATTORNEY GENERAL;
No. 46, Orig. UNITED STATES *v.* ARIZONA; and
No. 47, Orig. UNITED STATES *v.* IDAHO. [Motions to file bills of complaint granted, *ante,* p. 802.] Motion of the Solicitor General to consolidate these cases for oral argument granted. Motion of Frederick J. Christopher, Jr., et al. for leave to intervene and participate in oral argument in No. 46, Orig., denied.

No. 41, Orig. OHIO *v.* WYANDOTTE CHEMICALS CORP. ET AL. Case set for oral argument on motion for leave to file bill of complaint and responses thereto. The Solicitor General is invited to file a brief expressing the views of the United States and to participate in oral argument as *amicus curiae.*

No. 29. U. S. BULK CARRIERS, INC. *v.* ARGUELLES. [Certiorari granted, 398 U. S. 957.] C. A. 4th Cir. Treating motion of respondent for leave to proceed further herein *in forma pauperis* as a motion to dispense with printing respondent's brief, motion granted.

No. 51. HILL *v.* CALIFORNIA. Sup. Ct. Cal. Motion of International Association of Chiefs of Police, Inc., et al. for leave to file a brief as *amici curiae* granted. [For earlier orders herein see, *e. g.,* 398 U. S. 956.]